UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-000430,
*consolidated with* No. 6:23-cv-00089

**Darrell Ereman,**
*Petitioner,*

v.

**Smith County Sheriff et al.**
*Respondents.*

### O R D E R

Petitioner Darrell Ereman, proceeding pro se, filed these petitions for writs of habeas corpus. Docs. 12, 15. The cases are referred to United States Magistrate Judge John D. Love.

On April 1, 2024, the magistrate judge issued a report recommending that petitioner's petitions be denied as time-barred and that the proceedings be dismissed with prejudice. Doc. 40. The magistrate judge further recommended that petitioner be denied a certificate of appealability sua sponte. A copy of this report was sent to petitioner at his last-known address. Petitioner neither filed objections nor communicated with the court. The objection period has expired.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Petitioner's petitions are denied, and these proceedings are dismissed with prejudice. Petitioner is further denied a certificate of appealability sua sponte.

*So ordered by the court on June 26, 2024.*

_____
J. CAMPBELL BARKER
United States District Judge